## ORDER

PER CURIAM:

**AND NOW,** this 23rd day of March, 2004, the order of the Lancaster County Court of Common Pleas is reversed insofar as it declared the Registration of Sexual Offenders Act unconstitutional, and the case is remanded for further proceedings. *See Commonwealth v. Williams,* 574 Pa. 487, 832 A.2d 962 (2003); *Commonwealth v. Maldonado,* 576 Pa. 101, 838 A.2d 710 (2003).

Justice EAKIN did not participate in the consideration or decision of this case.

■

**COMMONWEALTH of Pennsylvania,**
**Appellant,**

v.

**Jesus GAYTAN, Appellee.**

Supreme Court of Pennsylvania.

Submitted Oct. 7, 2003.

Decided March 23, 2004.

Donald R. Totaro, Kelly M. Sekula, for Com., of Pennsylvania.

James Jude Karl, for Jesus Gaytan.

Before CAPPY, C.J., CASTILLE, NIGRO, NEWMAN, SAYLOR and BAER, JJ.

## ORDER

PER CURIAM:

**AND NOW,** this 23rd day of March, 2004, the order of the Lancaster County Court of Common Pleas is reversed insofar as it declared the Registration of Sexual Offenders Act unconstitutional, and the case is remanded for further proceedings. *See Commonwealth v. Williams,* 574 Pa. 487, 832 A.2d 962 (2003); *Commonwealth v. Maldonado,* 576 Pa. 101, 838 A.2d 710 (2003).

Justice EAKIN did not participate in the consideration or decision of this case.

■

**COMMONWEALTH of Pennsylvania,**
**Appellant,**

v.

**Gary McCLAIN, Appellee.**

Supreme Court of Pennsylvania.

Submitted Nov. 10, 2003.

Decided March 23, 2004.

Nicholas J. Casenta, Joseph W. Carroll, West Chester, for Commonwealth of Pennsylvania.

James Allen McMullen, for Gary McClain.

Before CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and BAER, JJ.

## *ORDER*

PER CURIAM:

**AND NOW,** this 23rd day of March, 2004, the order of the Chester County Court of Common Pleas is reversed insofar as it declared the Registration of Sexual Offenders Act unconstitutional, and the case is remanded for further proceedings. *See Commonwealth v. Williams,* 574 Pa. 487, 832 A.2d 962 (2003); *Commonwealth v. Maldonado,* 576 Pa. 101, 838 A.2d 710 (2003).

Before, CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and BAER, JJ.

## *ORDER*

PER CURIAM:

**AND NOW,** this 23rd day of March, 2004, the order of the Bucks County Court of Common Pleas is reversed insofar as it declared the Registration of Sexual Offenders Act unconstitutional, and the case is remanded for further proceedings. *See Commonwealth v. Williams,* 574 Pa. 487, 832 A.2d 962 (2003); *Commonwealth v. Maldonado,* 576 Pa. 101, 838 A.2d 710 (2003).

■

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Ronald SABIK, Appellee.**

Supreme Court of Pennsylvania.

Submitted Nov. 10, 2003.

Decided March 23, 2004.

■

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Felipe SANCHEZ, Appellee.**

Supreme Court of Pennsylvania.

Submitted Nov. 10, 2003.

Decided March 23, 2004.

Michelle Ann Henry, Doylestown, for Commonwealth of Pennsylvania.

Ann P. Russavage-Faust, Doylestown, for Ronald Sabik.

Nicholas J. Casenta, for Com., of Pennsylvania.

William Stayton Roemer, for appellee.